# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| MARY HEATHER MCAFEE, *on behalf of herself and all similarly situated individuals*, | )<br>)<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | )    Case No. 3:22-cv-00772-RCY |
| CIC MORTGAGE CREDIT, INC., | )<br>)<br>) |
| *Defendant*. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Mary Heather McAfee, on behalf of herself and the Settlement Class Members, and under Fed. R. Civ. P. 23, hereby moves the Court for preliminary approval of the class action settlement for the reasons outlined in her contemporaneously filed memorandum of law. The proposed Settlement Agreement (which includes a proposed preliminary approval order) is attached as Exhibit 1.

Respectfully submitted,

**MARY HEATHER MCAFEE**

    */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

Dale W. Pittman, VSB #15673
THE LAW OFFICE OF DALE W. PITTMAN, PC
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

Eleanor Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone:  (612) 594-5999
Facsimile:  (612) 584-4470
Email:  emdrake@bm.net
Email:  jhashmall@bm.net

*Counsel for Plaintiff*