IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARY HEATHER McAFEE, *on behalf of herself and all others similarly situated*, | : : : |
| Plaintiff, | : : |
| v. | :  Civil Action No. 3:22-cv-772-RCY : |
| CIC MORTGAGE CREDIT, INC., | : : |
| Defendant. | : |

## MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Under Federal Rule of Civil Procedure 23 and this Court's October 18, 2023 Preliminary Approval Order (ECF No. 44), Plaintiff Mary Heather McAfee, on behalf of herself and the class members, moves the Court for Final Approval of Class Settlement. For the reasons stated in the accompanying Memorandum in Support, Plaintiff respectfully requests that the Court enter the Final Approval Order attached as Exhibit 1.

Respectfully submitted,

**MARY HEATHER MCAFEE**

*/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

Dale W. Pittman, VSB #15673
THE LAW OFFICE OF DALE W. PITTMAN, PC
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

Eleanor Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone:  (612) 594-5999
Facsimile:  (612) 584-4470
Email:  emdrake@bm.net
Email:  jhashmall@bm.net

*Counsel for Plaintiff*